IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| WAYMON BRYANT, JR., | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| | : | PRISONER HABEAS CORPUS |
| | : | 28 U.S.C. § 2255 |
| | : | |
| | : | CRIMINAL ACTION NO. |
| v. | : | 4:20-cr-19-LMM-JHR |
| | : | |
| | : | CIVIL ACTION NO. |
| UNITED STATES OF AMERICA, | : | 4:25-cv-00007-LMM |
| | : | |
| Respondent. | : | |

## **ORDER**

This matter is before the Court on Petitioner's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255, Dkt. No. [89], and the Magistrate Judge's Report and Recommendation on that motion and other associated motions, Dkt. No. [109].[1] No objections have been filed in response to the Magistrate Judge's Report and Recommendation.

---

[1] The record citations refer to the case numbers appearing on the criminal docket.

1

Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate Judge's Recommendation for clear error. It finds none.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, Dkt. No. [109], as the opinion of the Court: Respondent's motion to dismiss, Dkt. No. [91], is **GRANTED**; Petitioner's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255, Dkt. No. [89], is **DENIED**; Petitioner's motions for summary judgment, Dkt. Nos. [103, 105], are **DENIED AS MOOT**; and no certificate of appealability shall issue.[2] Petitioner's motion for status update regarding his § 2255 motion, Dkt. No. [112], is **DENIED AS MOOT**.

The Clerk is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED** this 20th day of February, 2026.

**Leigh Martin May**
**Chief United States District Judge**

---

[2] Petitioner is advised that he may not appeal the denial of a certificate of appealability but may seek a certificate from the Court of Appeals under Rule 22 of the Federal Rules of Appellate Procedure. 28 U.S.C. foll. § 2255, Rule 11(a).